## (April 14, 1961)

■ (A) YOLANDA DUQUE DE ESTRADA GONZALEZ v. INDUSTRIAL BANK (OF CUBA) et al. (B) YOLANDA DUQUE DE, ESTRADA GONZALEZ v. INDUSTRIAL BANK (OF CUBA).— [In each action] Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 27, 1961, with notice of argument for May 9, 1961,

said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.